# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ELLIOTT ONEAL SINGLETARY, | CASE NO. 2:16-CV-05766-PSG (SK) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| JOE LIZARRAGA, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed with prejudice.

DATED: 12/8/17

HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE